NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LIFE UNIVERSITY, INC.,**
*Plaintiff-Appellant,*

AND

**ULTRATHERA TECHNOLOGIES, INC.**
AND **KEVIN MAHER,**
*Plaintiffs,*

v.

**BRAIN SYNERGY INSTITUTE, LLC AND CARRICK BRAIN CENTERS,**
*Defendants-Appellees,*

AND

**KBCR, LLC,**
*Defendant.*

---

2014-1353

---

Appeal from the United States District Court for the Northern District of Georgia in No. 1:13-cv-01741-SCJ, Judge Steve C. Jones.

2    LIFE UNIVERSITY, INC. v. BRAIN SYNERGY INSTITUTE, LLC

———————————

## ON MOTION

———————————

## O R D E R

Upon consideration of appellant's unopposed motion to withdraw the appeal,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26

ISSUED AS A MANDATE: June 17, 2014